IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES THOMAS CARLAN | * |
| Petitioner, | * |
| v. | Case No.  5:25-cv-00338-TES |
| FLINT ENERGIES et al, | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 27th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk